[No. 44253-8-I. Division One. January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA LYNN MUNRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06606-3, Marsha J. Pechman, J., entered December 1, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 45267-3-I. Division One. January 22, 2001.]

STEVEN STRICKLAND, ET AL., *Appellants*, v. STEPHEN FLETCHER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-03405-1, Joseph A. Thibodeau, J., entered August 17, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Becker, J.

[No. 45465-0-I. Division One. January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02947-1, Michael J. Trickey, J., entered September 30, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44307-1-I. Division One. January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES NATHANIEL WEATHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08759-3, Richard M. Ishikawa, J., entered March 8, 1999. *Dismissed* by unpublished per curiam opinion.